IN THE SUPREME COURT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| STATE OF TENNESSEE, | ) | NOT FOR PUBLICATION |
| | ) | |
| Appellee, | ) | DAVIDSON COUNTY |
| | ) | |
| v. | ) | |
| | ) | |
| HENRY EUGENE HODGES, | ) | |
| | ) | |
| Appellant. | ) | Supreme Court |
| | ) | No. 01-S01-9505-CR-00080 |

**FILED**

**May 19, 1997**

**Cecil W. Crowson
Appellate Court Clerk**

ORDER ON PETITION TO REHEAR

A petition for rehearing has been filed on behalf of appellant, Henry Eugene Hodges. After consideration of the same, the Court is of the opinion that the petition should be and the same hereby is denied at the cost of appellant.

The members of the Court adhere to the positions stated in the original opinions filed in this cause.

Enter this 19th day of May, 1997.

PER CURIAM